UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80201-CR-Cannon/Reinhart

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

WILLIAM MANUEL SANCHEZ-REYES
and CARMEN MARIA REYES-CARRASQUILLO,

Defendants.
_____/

FILED BY _____ D.C.

DEC 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around January 2022, the exact date being unknown to the Grand Jury, and continuing through on or about November 30, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**WILLIAM MANUEL SANCHEZ-REYES
and
CARMEN MARIA REYES-CARRASQUILLO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and possess with intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **WILLIAM MANUEL SANCHEZ-REYES and CARMEN MARIA REYES-CARRASQUILLO**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of that defendant's own conduct

and the conduct of other conspirators reasonably foreseeable to that defendant, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

## COUNT 2

On or about June 22, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**WIILIAM MANUEL SANCHEZ-REYES,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about July 8, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**WIILIAM MANUEL SANCHEZ-REYES,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about August 4, 2022, in St. Lucie County, in the Southern District of Florida, the defendants,

**WIILIAM MANUEL SANCHEZ-REYES
and
CARMEN MARIA REYES-CARRASQUILLO,**

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

On or about August 24, 2022, in St. Lucie County, in the Southern District of Florida, the defendants,

**WIILIAM MANUEL SANCHEZ-REYES
and
CARMEN MARIA REYES-CARRASQUILLO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about October 17, 2022, in Martin County, in the Southern District of Florida, the defendant,

**WIILIAM MANUEL SANCHEZ-REYES,**

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

On or about October 20, 2022, in St. Lucie County, in the Southern District of Florida, the defendants,

**WIILIAM MANUEL SANCHEZ-REYES**
**and**
**CARMEN MARIA REYES-CARRASQUILLO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 8

On or about November 30, 2022, in St. Lucie County, in the Southern District of Florida, the defendant,

**WIILIAM MANUEL SANCHEZ-REYES
and
CARMEN MARIA REYES-CARRASQUILLO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **WILLIAM MANUEL SANCHEZ-REYES and CARMEN MARIA REYES-CARRASQUILLO,** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 or 841, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM MANUEL SANCHEZ-REYES
and CARMEN MARIA REYES-CARRASQUILLO
_____ Defendants. _____ /

CASE NO. 22-80201-CR-Cannon/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

Court Division: (Select One)
- [ ] Miami  [ ] Key West  [ ] FTL
- [✓] WPB    [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below: (Check only one)

   | | (Check only one) | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | | Petty | [ ] |
   | II | 6 to 10 days | [ ] | | Minor | [ ] |
   | III | 11 to 20 days | [ ] | | Misdemeanor | [ ] |
   | IV | 21 to 60 days | [ ] | | Felony | ✓ |
   | V | 61 days and over | [ ] | | | |

6. Has this case previously been filed in this District Court? (Yes or No) _____
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes: Magistrate Case No.  22-8557/8558-RMM
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  November 30, 2022
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of  _____
   Is this a potential death penalty case? (Yes or No)  _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____
Brian D. Ralston
Assistant United States Attorney
Court ID No.

*Penalty Sheet(s) attached                                                                 REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  WILLIAM MANUEL SANCHEZ-REYES

**Case No**:  **22-80201-CR-Cannon/Reinhart**

Count 1:

Conspiracy to Possess With Intent to Distribute a Controlled Substance Involving 5 Kilograms or more of Cocaine

21 U.S.C. §§ 846, 841(b)(1)(A)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

Counts 2, 3 and 7:

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $1,000,000**
* **Special Assessment: $100**

Counts 4, 6, and 8:

Attempted Possession With Intent to Distribute a Controlled Substance Involving 500 grams or more of Cocaine

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine: $5,000,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Count 5:

Distribution of a Controlled Substance Involving 500 grams or more of Cocaine

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii)(II)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CARMEN MARIA REYES-CARRASQUILLO

Case No: 22-80201-CR-Cannon/Reinhart

Count 1:

Conspiracy to Possess With Intent to Distribute a Controlled Substance Involving 5 Kilograms or more of Cocaine

21 U.S.C. §§ 846, 841(b)(1)(A)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

Counts 4 and 5:

Attempted Possession With Intent to Distribute a Controlled Substance Involving 500 grams or more of Cocaine

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine: $5,000,000**
* **Special Assessment: $100**

Count 7:

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $1,000,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Count 8:

<u>Possession With Intent to Distribute a Controlled Substance Involving 500 grams or more of Cocaine</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii)(II)</u>
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**