UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80201-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILLIAM MANUEL SANCHEZ-REYES**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 51]. On May 12, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 47] during which Defendant pled guilty to Counts 1 and 5 of the Indictment [ECF No. 10] pursuant to a written plea agreement and factual proffer [ECF No. 48]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 5 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of those offenses [ECF No. 10]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 51] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **William Manuel Sanchez-Reyes** as to Counts 1 and 5 of the Indictment is **ACCEPTED**.

3. Defendant **William Manuel Sanchez-Reyes** is adjudicated guilty of Counts 1 and 5 of the Indictment. Count 1 charges him with conspiracy to distribute and conspiracy to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Count 5 charges Defendant with distribution of five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii)(II) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record